## McCANTS v. CENTRAL CITY GROCERY COMPANY.

SIMMONS, C. J. No material error of law was committed, and the verdict was demanded by the evidence.

*Judgment affirmed. All the Justices concurring.*

Argued October 18, — Decided November 26, 1897.

Complaint on note.　Before Judge Butt.　Taylor superior court.　April term, 1897.

*Brannon, Hatcher & Martin, W. P. Edwards, R. D. Smith* and *T. M. Hunt*, for plaintiff in error.

*F. R. Martin* and *C. C. West*, contra.